ORSON H. PETTIT AND OTHERS, APPELLANTS, *v.* E. R. CLUTE, ASSESSOR AND COLLECTOR OF SALT LAKE CITY, RESPONDENT.

(No. 405. Decided July 27, 1894. 37 P. R. 570.)

APPEAL from the District Court of the Third Judicial District. Hon. Charles S. Zane, *Judge.*

Action by Orson H. Pettit and others against E. R.

Clute, assessor and collector of Salt Lake City, to enjoin the collection of a sprinkling tax levied by local assessment. From a judgment for defendant, plaintiffs appeal.  *Reversed.*

Mr. *S. H. Lewis* and Mr. *Walker T. Gunter* (*Messrs. Richards & Richards*, of counsel), for appellants.

Mr. *E. D. Hoge,* City Attorney, for respondent.

MERRITT, C. J.:

In this case, the judgment of the lower court is reversed on authority of the case of *Pettit* v. *Duke* (decided at the present term of this court), *ante,* p. 311 (37 P. R. 568), the question involved being the same in both cases.

MINER, BARTCH and SMITH, JJ., concur.